IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00416-PSF-CBS

DAVID K. RICE, JR.,

    Plaintiff,

v.

COLORADO ATTORNEY JERRY GODE, individual;
JOHN DOE, Wyoming Attorney; and
TOM SUMMERLEE;

    Defendants.

---

**ORDER ACCEPTING AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge (Dkt. # 16), filed June 21, 2005.  It appears that Plaintiff David K. Rice Jr. never received his copy of the Recommendation, as it was returned to the Clerk of the Court by the United States Postal Service as "undeliverable" (Dkt. # 16).  (Under D.C.COLO.LCivR 10.M it was plaintiff's duty to notify the Court of any new address of any new address of his within ten days of change.)  In any event, on June 24, 2005, after the date of entry of the Magistrate Judge's Recommendation, Mr. Rice filed a "Legal Brief of Historical Facts and Case Summaries Which Categorically Refute the State Defendants Motion to Dismiss" (Dkt. # 17).  Defendants treat the Legal Brief as an objection to the Recommendation, and offer a response thereto.  Given that the Legal Brief was filed after the Recommendation was entered, and because defendants have

responded to it as if it were an objection, the Court deems it as such for the purpose of evaluating the Magistrate Judge's Recommendation.

The Legal Brief does not appear to address the Recommendation in any way or raise any specific objections to such.  Nevertheless, the Court has conducted a *de novo* review of the Recommendation, the Legal Brief and all related filings pursuant to 28 U.S.C. § 636(b)(1) and F.R.Civ.P. 72(b).  Based on this review, the Court concludes that the Recommendation is a correct application of the facts and the law. Accordingly, it is

ORDERED as follows:

1. The Court ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge (Dkt. # 16), filed June 21, 2005;

2. The Court GRANTS the State Defendants' Motion to Dismiss (Dkt. # 7), filed April 18, 2005;

3. The Court DISMISSES without prejudice each of plaintiff's claims against the Colorado Department of Health and Environment, Hazardous Materials Waste Management Division, Radiation Management Unit – BR under F.R.Civ.P. 12(b)(1) on Eleventh Amendment immunity grounds;

4. The Court DISMISSES with prejudice plaintiff's 42 U.S.C. § 1983 claim against Ed Stroud in his individual capacity under F.R.Civ.P. 12(b)(6) qualified immunity grounds;

5. The Court DISMISSES with prejudice plaintiff's 42 U.S.C. § 1985 claim against Ed Stroud in his individual capacity under F.R.Civ.P. 12(b)(6) for failure to state a claim;

6. The case caption shall be amended accordingly reflecting the dismissal of Ed Stroud and the Colorado Department of Health and Environment, Hazardous Materials Waste Management Division, Radiation Management Unit – BR; and

Plaintiff has been ordered by the Magistrate Judge to show cause why the remaining defendants in this action, Jerry Gode, "John Doe" and Tom Summerlee,

should not be dismissed.  The Court notes that a response to that order is due by plaintiff on or before July 29, 2005.

DATED: July 20, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge