IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00416-PSF-CBS

DAVID K. RICE, JR.,

    Plaintiff,

v.

COLORADO ATTORNEY JERRY GODE, individual;
JOHN DOE, Wyoming Attorney; and
TOM SUMMERLEE;

    Defendants.
_____

**ORDER ACCEPTING AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

    THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge (Dkt. # 24), filed August 2, 2005.  The Court's review of the Magistrate Judge's Recommendation is governed by 28 U.S.C. § 636(b)(1) and F.R.Civ.P. 72(b).  As no party has objected to the Recommendation, the Court has reviewed the Recommendation to determine if it constitutes clear error.

    The Court concludes that the Recommendation is a correct application of the facts and the law and therefore is not clearly erroneous.  More than 120 days have passed since the filing of the complaint in this action and Plaintiff David K. Rice, Jr. has not served the complaint on the remaining defendants, as F.R.Civ.P. 4(m) requires.  He failed to respond to the Magistrate Judge's July 14, 2005 Order to Show Cause why the remaining defendants should not be dismissed from this action for this reason.

Further, specifically as to the anonymous "John Doe 'Wyoming Defendants,'" "John Doe defendants must be identified and served within 120 days of the commencement of the action against them." *Aviles v. Village of Bedford Park*, 160 F.R.D. 565, 567 (N.D. Ill. 1995) and cases cited therein.

    Accordingly, it is

    ORDERED as follows:

1. The Court ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge (Dkt. # 24), filed August 2, 2005;

2. The Court DISMISSES without prejudice Defendant "Colorado Attorney Jerry Gode," Tom Summerlee and the "John Doe 'Wyoming Defendants'" pursuant to F.R.Civ.P. 4(m) for failure to serve the complaint upon those defendants within 120 days after filing of the complaint; and

3. As no defendants remain in this action, it is hereby DISMISSED without prejudice.

DATED: August 24, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa

                                            _____
                                            Phillip S. Figa
                                            United States District Judge